UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN YUNG,<br><br>                      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, ET AL.,<br><br>                      Defendants. | 24-cv-5182 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 23, 2024, order, the Court dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   September 25, 2024
              New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                    Chief United States District Judge